

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00632-CV

**IN THE INTEREST OF P.N.R.D.**, a Child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00728
Honorable Kimberly Burley, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: December 11, 2024

DISMISSED FOR WANT OF PROSECUTION

On November 12, 2024, this court received appellant's *pro se* brief. The brief violated Texas Rule of Appellate Procedure 38.1 in that it did not contain, under appropriate headings and in the order here indicated, the following:

> (a) Identity of Parties and Counsel.
> (b) Table of Contents.
> (c) Index of Authorities.
> (d) Statement of the Case: the brief must state concisely and without argument the facts pertinent to the issues or points presented. In a civil case, the court will accept as true the facts stated unless another party contradicts them. The statement must be supported by record references.
> (e) Any Statement Regarding Oral Argument.
> (f) Issues Presented: the brief must state concisely all issues or points presented for review. The statement of an issue or point will be treated as covering every subsidiary question that is fairly included.

(g) Statement of Facts: the brief must state concisely and without argument the facts pertinent to the issues or points presented. In a civil case, the court will accept as true the facts stated unless another party contradicts them. The statement must be supported by record references.

(h) Summary of the Argument: a succinct, clear, and accurate statement of the arguments made in the body of the brief. This summary must not merely repeat the issues or points presented for review.

(i) Argument: a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record.

(j) Prayer: a short conclusion that clearly states the nature of the relief sought.

(k) An appendix.

*See* TEX. R. APP. P. 38.1(a)–(k).[1]

Because of these deficiencies, on November 14, 2024, we ordered appellant's *pro se* brief stricken and further ordered appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure no later than November 21, 2024. Our order cautioned appellant that if she did not file an amended brief in compliance with the Texas Rules of Appellate Procedure, this appeal could be dismissed for want of prosecution. *See id.* R. 38.9, 42.3.

Appellant did not file an amended brief. Accordingly, we dismiss this appeal for want of prosecution. *See id.*

PER CURIAM

---

[1] Appellant's *pro se* brief also violated Rule 9.8. *See* TEX. R. APP. P. 9.8 (establishing the protections of minor's identity in cases in which the termination of parental rights was at issue).